FILED
2007 Mar-06  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **RAYCHELLE TAYLOR** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **7:06-cv-04921-UWC** |
| **TALENT TREE, INC. and** | ) | |
| **MERCEDES-BENZ U.S.** | ) | |
| **INTERNATIONAL, INC.** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The present action was initiated on December 22, 2006, by Raychelle Taylor ("Plaintiff") against Talent Tree, Inc., (Doc. 1). Defendant Talent Tree, Inc., whose correct name is ISS Oldco, Inc. ("ISS"), has filed a Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss, (Doc. 4).

On February 12, 2007, Plaintiff filed an Amended Complaint properly naming Defendant Talent Tree Crystal, Inc. d/b/a Talent Tree, (Doc. 3). Neither Talent Tree, Inc., nor ISS is named as a Defendant in Plaintiff's Amended Complaint. Plaintiff's Amended Complaint was served on Defendant Talent Tree Crystal, Inc. on or about February 22, 2007.

Accordingly, Talent Tree, Inc./ISS Oldco, Inc.'s Motion to Dismiss is due to be

denied as moot because it is no longer a defendant in the present action.

By separate order, it will be done.

Done the 6th day of March, 2007.

_____
U.W. Clemon
United States District Judge